IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02595-WDM-PAC

TAMMY B. MCFADDEN,

    Plaintiff(s),

v.

PIONEER NATURAL RESOURCES USA., INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Vacate Hearing Regarding Motion to Compel and Settlement Conference [filed October 17, 2005] is **GRANTED** as follows:

    The motions hearing set for October 19, 2005 is *vacated and reset* to **November 16, 2005 at 9:00 a.m.** Counsel are to meet and confer from **8:00 a.m. to 9:00 a.m.** in the magistrate judge's conference room prior to the hearing in an effort to resolve discovery issues.

    IT IS **ORDERED** that defendant's response to plaintiff's Motion to Compel, is due on or before **October 24, 2005.**

    IT IS **ORDERED** that the Settlement Conference set for October 24, 2005 is *vacated and reset* to **December 8, 2005 at 3:00 p.m.** Confidential Settlement Statements are due on or before **December 5, 2005.** *Counsel and parties with full authority to settle must be present.*

    **Counsel shall file proposed orders in accordance with the Electronic Filing Procedures § V.L. or risk the imposition of sanctions.**

Dated:  October 19, 2005