IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02595-WDM-PAC

TAMMY B. MCFADDEN,

    Plaintiff(s),

v.

PIONEER NATURAL RESOURCES USA., INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
November 7, 2005

    The Court, having reviewed the [**third**] Motion for Continuance of Settlement Conference and Submission of Confidential Settlement Statements, and being fully advised, hereby orders as follows:

    1.    The November 2, 2005 Stipulated Motion for Continuance of Settlement Conference, Doc. #41, is GRANTED;

    2.    The Settlement Conference scheduled for December 8, 2005 at 3:00 p.m. is **vacated** and the matter **reset** to January 9, 2006 at 10:30 a.m.; and it is further ordered that

    3.    The parties have up to and including January 3, 2006 to file their Confidential Settlement Statements.

    4.  **The settlement conference shall not be continued again**. Parties, attorneys, and client representatives with full settlement authority must be present on January 9, 2006**.  Valid, current photographic identification is needed for access to the courthouse**.