IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02595-WDM-PAC

TAMMY B. MCFADDEN,

      Plaintiff(s),

v.

PIONEER NATURAL RESOURCES USA., INC.,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
November 7, 2005
\

      The Court, having reviewed the parties' November 4, 2005 Stipulated Motion to Vacate November 16, 2005 Hearing, Doc. # 43, and being fully advised, hereby ORDERS:

      1.    The Stipulated Motion, Doc. # 43, is GRANTED; it is further ordered that

      2.    Plaintiff's September 26, 2005 Expedited Motion under Rule 37 to Compel Discovery, Doc. # 26, is **denied** as moot. It is further ordered that

      3.    The motions hearing scheduled for November 16, 2005, at 9:00 a.m. is **vacated**.