IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02595-WDM-PAC

TAMMY B. MCFADDEN,

    Plaintiff(s),

v.

PIONEER NATURAL RESOURCES USA., INC.,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Amend Complaint and Motion to Withdraw Stipulated Motion for Partial Dismissal of Action with Prejudice [filed January 13, 2006; Doc. No. 56] are **GRANTED** as follows:

    Plaintiff is to file her Amended Complaint and Jury Demand no later than **January 31, 2006**.

    The Motion for Partial Dismissal of Action with Prejudice is withdrawn.

    IT IS **FURTHER ORDERED** that the Stipulated Motion for Partial Dismissal of Action with Prejudice [filed January 13, 2006; Doc. No. 54] is **denied as mooted** by the stipulated motion to withdraw.

Dated:  January 25, 2006