IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-02595-WDM

TAMMY B. MCFADDEN,

    Plaintiff,

v.

PIONEER NATURAL RESOURCES USA, INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to file reply is granted.  Defendant shall file its reply on or before March 10, 2006.

Dated:  March 1, 2006

                                                          s/ Jane Trexler, Secretary/Deputy Clerk