IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02595-WDM-PAC

TAMMY B. MCFADDEN,

    Plaintiff(s),

v.

PIONEER NATURAL RESOURCES USA., INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that the Motion to Withdraw as Counsel for Plaintiff [filed October 12, 2006; Doc. No. 88] is **GRANTED.**

    John D. Phillips, John P. Baker, and William R. Meyer of the law firm of Shughart Thomson and Kilroy, P.C., are permitted to withdraw as counsel of record for plaintiff. Anthony L. Leffert of the law firm of Robinson Waters & O'Dorsisio entered his appearance and shall represent plaintiff in this matter.

Dated: October 13, 2006